**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

MOHAMMED AL-ADAHI, <u>et</u> <u>al.</u>,      :
                                             :
     Petitioners,                            :
                                             :
     v.                                      :      Civil Action No. 05-280 (GK)
                                             :
BARACK H. OBAMA, <u>et</u> <u>al.</u>,       :
                                             :
     Respondents.                            :
_____:

## <u>ORDER</u>

Upon consideration of the fact that a Merits Hearing is scheduled in this case on June 22, 2009, it is hereby

**ORDERED**, that Motions for Judgment on the Record shall be submitted by **June 1, 2009.** The Oppositions are due by **June 8, 2009**; and it is further

**ORDERED**, that a Pretrial Conference will take place in Chambers on **June 16, 2009, at 10:00 a.m.** In advance of that Conference, by **June 12, 2009, at 12:00 p.m.**, parties shall submit their statements of the main issues in dispute; and it is further

**ORDERED**, that by **June 12, 2009, at 12:00 p.m.**, parties should file with the Court a numbered list of Joint Exhibits, along with a bound and tabbed copy of those exhibits. They will be referred to as JE #__. This set of exhibits should include evidence that both parties expect will be referenced at the Merits Hearing.

In addition to this universe of key exhibits, each party shall submit a numbered list of those documents that will or mightbe referenced at the Hearing, along with a bound and tabbed copy of the documents. The Government's exhibits will be referred to as GE #__, and Petitioner's as PE #__. Should parties need to add exhibits after the Pre-Trial Conference, they must be submitted as part of the GE or PE universe, and not as a supplement to the Joint Exhibits.

_____ /s/_____
May 4, 2009                       Gladys Kessler
                                  United States District Judge


Copies to:  Attorneys of Record via ECF